No. 78–1461. SAFEGUARD CO. ET AL. v. BALDWIN ET AL. Sup. Ct. Pa. Certiorari denied.

No. 78–1514. CHIROLDE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–1515. RICHARDS v. COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–1519. RAMEY ET AL. v. HARBER, SHERIFF, ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–1534. McMAHON v. KENTUCKY BAR ASSN. Sup. Ct. Ky. Certiorari denied.

No. 78–1544. DUNCAN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 78–1559. BROOKS v. WASHINGTON TERMINAL CO. C. A. D. C. Cir. Certiorari denied.

No. 78–1612. NELUMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1629. PETSAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1659. HAYES v. NATIONAL TRANSPORTATION SAFETY BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–5263. RICHARDSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–6074. PLEMONS v. JONES, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.